Dismissed and Memorandum Opinion filed June 3, 2004









Dismissed and Memorandum Opinion filed June 3, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00490-CR

____________

 

JAMES DOUGLAS
DAUGHERTY, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County,
Texas

Trial Court Cause No. 960,306

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to aggravated sexual assault
of a child.  On February 16, 2004, the
trial court sentenced appellant to confinement for fifteen years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  Because appellant has no right
to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, the defendant has no right of
appeal, and any right of appeal had been waived.  See Tex.
R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 3, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman. 

Do Not Publish C Tex. R. App.
P. 47.2(b).